AO 106 (Rev. 04/10) Application for a Search Warrant  Case 3:22-mj-00361-BN   Document 1   Filed 04/11/22   Page 1 of 16   PageID 1

SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FILED
April 11, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
A SILVER 2006 CHRYSLER 300 BEARING COLORADO LICENSE PLATE NUMBER CWT079 AND VEHICLE IDENTIFICATION NUMBER 2C3KA53G66H167418  )

Case No. 3:22-MJ-361-BN

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the __Northern__ District of __Texas__, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

The application is based on these facts:
Please see attached affidavit of TFO Meagan Mulvihill, FBI.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ M. Mulvihill*
Applicant's signature

TFO Meagan Mulvihill, FBI
Printed name and title

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 41(d)(3).

Date: 4-11-2022

*/s/*
Judge's signature

City and state: Dallas, Texas

DAVID L. HORAN, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A SILVER 2006 CHRYSLER 300 BEARING COLORADO LICENSE PLATE NUMBER CWT079 AND VEHICLE IDENTIFICATION NUMBER 2C3KA53G66H167418 | Case No. _____<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Meagan Mulvihill, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search a silver 2006 Chrysler 300 bearing Colorado license plate CWT079 and vehicle identification number 2C3KA53G66H167418, hereinafter the "SUBJECT VEHICLE," further described in Attachment A, for the things described in Attachment B. Based on the facts contained in this affidavit, there is probable cause to believe that Reegan Elizabeth Mair has committed bank robberies in violation of 18 U.S.C. § 2113 and that fruits, instrumentalities, and evidence of those offenses will be located within the SUBJECT VEHICLE.

2. I have been a Peace Officer with the Dallas Police Department ("DPD") for 15 years and I have been assigned to the Robbery Unit for nine years. In 2017, I also became a Task Force Officer with the Federal Bureau of Investigation ("FBI"). I have

Affidavit in Support of Application for Search Warrant—Page 1

worked an extensive number of robbery-, kidnapping-, and firearm-related investigations. As a result of my training and experience, I am familiar with violations of federal laws pertaining to bank robbery and those who aid and abet robbers of commercial institutions in their criminal activity. Based upon my training and experience, I know that individuals who commit bank robberies frequently use vehicles to inspect potential victim locations, store clothing and instrumentalities (i.e. demand notes, folders, bags, etc.), plan their robberies, and travel to and from the robberies. As a Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. In preparation for this affidavit, I have discussed the facts of this case with other law enforcement agents and officers. The information contained in this affidavit is based on my personal knowledge, information I received from other law enforcement agents and officers assisting in this investigation, witnesses, and what I have learned from the other sources specifically discussed herein. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. The FBI is investigating a series of bank robberies which took place between February 5, 2022, and April 2, 2022, in Addison, Irving, and Dallas, Texas—locations in the Dallas Division of the Northern District of Texas.[1] As further described

---

[1] Each of the victim financial institutions described below were insured, at all times relevant, by the Federal Deposit Insurance Corporation.

**Affidavit in Support of Application for Search Warrant—Page 2**

below, based on similarities in the suspect's appearance, clothing, modus operandi, and use of the SUBJECT VEHICLE, I believe that Mair committed each of the described bank robberies and that the items sought by this warrant and described in Attachment B will reveal fruits, instrumentalities, and evidence of those offenses, as well as aid in the further identification of the individual who committed those and related crimes.

## I. Description of Bank Robberies

### A. February 5, 2022 Robbery – Chase Bank, Addison, Texas

5. The first known robbery occurred on February 5, 2022, at a Chase Bank located at 14250 Marsh Lane, Addison, Texas, in the Dallas Division of the Northern District of Texas. On that date, at approximately 1:42 p.m., a white female wearing a medical mask, clear gloves, a black baseball hat, black puffy jacket with the hood pulled up, blue jeans, black shoes and a black purse entered the bank and approached the Victim Teller, M.S., stating that she was having issues with her mobile app. The female held up her phone screen to M.S. and on the screen was a demand note that said something like: "This is a robbery give me the money on your drawer don't look at me my eyes I am armed and will hurt someone give me the money fast." M.S. advised that she would have to press some buttons to dispense money, to which the suspect responded, "No." M.S. urged that it was the only way for her to dispense money and the suspect swore at the teller and told her to hurry. Approximately $1,000.00 was dispensed to the suspect and she fled the property. The suspect was not apprehended.

6. The robbery was captured on bank surveillance footage, screenshots of which are depicted below:

**Affidavit in Support of Application for Search Warrant—Page 3**



7. M.S. described the suspect as approximately 32 years old, 5'8", and 160 pounds.

8. Video from bank surveillance and surrounding businesses revealed that, after the robbery, the suspect entered the driver's seat of a silver Chrysler 300 and drove away. The footage further revealed that the vehicle had apparent damage to the front right quarter panel and a spare tire on the rear right (still photo below). The vehicle also appeared to have a license plate holder on the front bumper, but no license plate was displayed.



B. March 16, 2022 Robbery – Wells Fargo, Irving, Texas

Affidavit in Support of Application for Search Warrant—Page 4

9. On March 16, 2022, at approximately 12:53 p.m., at the Wells Fargo located at 900 W. Airport Freeway, Irving, Texas, in the Dallas Division of the Northern District of Texas, a white female wearing a medical mask, clear gloves, black baseball hat, black hoodie with the hood pulled up, black pants, black shoes, and black purse entered the bank. The suspect approached the Victim Teller, P.D., at the counter and produced a demand note that, in part, stated, "This is a robbery." P.D. immediately reached to press the silent alarm and the suspect told her not press it. The teller gave the suspect approximately $1,491.00 in cash and the suspect fled the bank. The suspect was not apprehended.

10. The robbery was captured on surveillance footage, screenshots of which are depicted below:



11. Upon close review of the above footage, investigators observed the suspect to have an apparent tattoo on the middle finger of her right hand (photograph below).

**Affidavit in Support of Application for Search Warrant—Page 5**



12. Exterior footage captured the suspect removing a pair of thin-rimmed, round glasses just prior to entering the bank (screenshot below).



13. P.D. described the suspect as approximately 5'8", thin build, with light colored eyes and hair.

14. Video from a surrounding business captured the suspect utilizing a silver Chrysler 300 (screenshot below). In this footage, the Chrysler 300 appears to be missing the wheel caps on both driver's side wheels.

**Affidavit in Support of Application for Search Warrant—Page 6**



### C. April 2, 2022 Robbery – Bank of America, Dallas, Texas

15. On April 2, 2022, at approximately 11:46 a.m., at the Bank of America located at 6019 Berkshire Lane, Dallas, Texas, in the Dallas Division of the Northern District of Texas, a white female wearing a medical mask, blue latex gloves, a black hoodie, black beanie, gray pants, and black shoes entered the bank carrying a large white, blue, and red envelope. The suspect approached the self-service counter and wrote on a piece of paper. The suspect then approached the Victim Teller, C.L., at the counter and produced a note that demanded cash while also verbally stating, "Give me the money now." C.L., fearing for his own safety and the safety of other customers in the branch, gave the suspect approximately $13,745.00 in cash and the suspect fled the bank. The suspect was not apprehended.

16. The robbery was captured on bank surveillance footage, screenshots of which are depicted below:

**Affidavit in Support of Application for Search Warrant—Page 7**



17. C.L. described the suspect as approximately 5'6" with a thin build and blue eyes.

18. Surveillance footage from a surrounding business captured the suspect fleeing towards a nearby parking lot that was not covered by additional cameras.

II. **Similarities between Bank Robberies**

19. Based on similarities in the suspect's physical description and clothing across multiple robberies; similarities in the suspect's modus operandi across multiple robberies, including the use of demand notes; and the use of a silver Chrysler 300 in at least two of the offenses, believed to be the SUBJECT VEHICLE, I believe that the same suspect has committed each of the above-described robberies. I also believe that Mair is that person for the reasons detailed below.

III. **Identification of the SUBJECT VEHICLE and Reegan Elizabeth Mair**

20. Based upon surveillance footage, investigators believed that the Chrysler 300 utilized to commit the robberies on February 5 and March 16, 2022, was a 2005-

**Affidavit in Support of Application for Search Warrant—Page 8**

2010 model. As noted above, the vehicle appeared to have damage to the front right quarter panel, an empty front license plate holder, and missing wheel caps on the driver's side.

21. Investigators searched Dallas towing records and discovered that the SUBJECT VEHICLE—a silver 2006 Chrysler 300—was towed by a private company on April 8, 2022. The vehicle was towed from 8330 N. Stemmons Freeway, Dallas, Texas. The registration returned to Thomas G Mair and Reegan E Mair.

22. On April 11, 2022, I went to the tow lot, United Tows L.L.C., located at 7054 S. Central Expressway, Dallas, Texas, and photographed the SUBJECT VEHICLE (photos below). The SUBJECT VEHICLE has front right quarter panel damage, missing driver's side wheel caps, and an empty front license plate holder, consistent with the suspect vehicle. In plain view through the windows, I could see a Wal-Mart receipt for a gift card purchase paid with cash (unable to view the date of purchase) and a basket of clothing.



Affidavit in Support of Application for Search Warrant—Page 9



23.     A check of Mair's Colorado driver's license revealed that she was documented as being 5'9" and 130 pounds with blue eyes and blonde hair, which is consistent the physical description of the suspect in the bank robberies described above. Below is the photograph associated with Mair's driver's license, issued on March 17, 2021:



24.     Additionally, Mair called 911 on February 10, 2022, to report a "Burglary in Progress" at 8503 Briarwood Lane, Dallas, Texas. Responding police officers determined that no offense had occurred, but Mair was captured on Dallas Police Department body camera footage, which confirmed that her physical appearance

Affidavit in Support of Application for Search Warrant—Page 10

remained consistent with her driver's license photograph during the time period of the above-described offenses. The SUBJECT VEHICLE appears to be parked across the street from the residence at the time of the call (screenshots below).





25. A review of Mair's Facebook page (www.facebook.com/reegan.e.mair) revealed that she publicly posted the below photograph, depicting her with thin-rimmed, round glasses and a tattoo on her middle finger, on August 15, 2021.

Affidavit in Support of Application for Search Warrant—Page 11



26. Based on the appearance of a Chrysler 300, believed to be the SUBJECT VEHICLE, at the robberies on February 5 and March 16, 2022, similarities in Mair's and the suspect's physique and dress, and the use of demand notes across multiple robberies, there is probable cause to believe that a search of the SUBJECT VEHICLE will reveal fruits, instrumentalities, and evidence of the above-described robberies.

## CONCLUSION

27. Based upon my training and experience and the facts and circumstances described above, I submit that this affidavit supports probable cause for a warrant to search the SUBJECT VEHICLE described in Attachment A and seize the items described in Attachment B.

## REQUEST FOR SEALING

28. I respectfully request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the

Affidavit in Support of Application for Search Warrant—Page 12


Court. These documents discuss an ongoing criminal investigation and include details that are neither public nor known in their entirety to Mair. Accordingly, there is good cause to seal these documents because their premature disclosure may give Mair an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise jeopardize the investigation.

Respectfully submitted,

*[signature]*

Meagan Mulvihill
Task Force Officer
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means on April 11, 2022, pursuant to Fed. R. Crim. P. 41(d)(3).

*[signature]*

HONORABLE DAVID L. HORAN
United States Magistrate Judge
Northern District of Texas

## ATTACHMENT A

*Property to be searched*

A silver 2006 Chrysler 300 bearing Colorado license plate CWT079 and vehicle identification number 2C3KA53G66H167418 (the "SUBJECT VEHICLE"), currently located at 7054 S. Central Expressway, Dallas, Texas (United Tows L.L.C), in Dallas County, which is in the Dallas Division of the Northern District of Texas.

The following are photographs of the SUBJECT VEHICLE to be searched:



## ATTACHMENT B

*Property to be seized*

All items that constitute fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, relating to violations of 18 U.S.C. § 2113 (bank robbery). The items to be seized and searched include, but are not limited to, the following:

a. large amounts of US currency;

b. any electronic devices, to include cellular telephones, computers, tablets, or other electronic storage media;

c. any clothing worn in any of the above-mentioned bank robberies, including face masks, gloves, a black puffy jacket, a black hoodie, a black baseball hat, blue jeans, black pants, grey pants, black shoes, and black purse;

d. any instruments used in the commission of the offenses listed above, to include demand notes and a white, blue, and red envelope.

e. firearms, ammunition, and any other weapons;

f. Documents or receipts that indicate the location of the SUBJECT VEHICLE and/or Mair during the time period of the above-described offenses;

g. Documents or receipts that indicate use of the SUBJECT VEHICLE by Mair or any other person;

h. all financial records, including banking transactions, bank statements, financial statements, loans, and receipts;

i. records and information relating to the identity or location of the suspect(s); and

j. any safes, lock boxes, or similar containers that could contain the above-sought items.